IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03034-BNB

ARTHUR JAMES LOMAX,

    Applicant,

v.

JOHN DAVIS, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

    Applicant has filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.  The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action will be granted.  Accordingly, it is

    ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (Doc. No. 2) is granted.  It is

    FURTHER ORDERED that the Motion for Appointment of Counsel (Doc. No. 4) is denied as premature.  It is

    FURTHER ORDERED that the "Applicant's Affidavit - Motion for Discovery Request and Testing Evidence" (Doc. No. 5) is denied as premature.  It is

    FURTHER ORDERED that process shall not issue at this time.

DATED January 5, 2012, at Denver, Colorado.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge