IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03034-LTB

ARTHUR JAMES LOMAX,

    Applicant,

v.

JOHN DAVIS, Warden, and
JOHN SUTHERS, THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 (Doc. # 17) and Motion for Certificate of Appealability (Doc. # 18) filed by Applicant on March 19, 2012, are DENIED. The Court previously denied Applicant leave to proceed *in forma pauperis* on appeal and a certificate of appealability in the dismissal order dated March 1, 2012.

    Dated:  March 22, 2012